UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-545M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| RONALD ALLEN SMITH, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

　　Mail Fraud

<u>Date of Detention Hearing</u>:   Initial Appearance October 10, 2006

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　(1)   Defendant and wife, a co-defendant in this case, have been indicted in the Eastern

01 District of Virginia for Mail Fraud, Engaging in Monetary Transactions in Criminally Derived

02 Property, and criminal forfeiture. Defendant has also been indicted on charges of tax evasion and

03 money laundering. Both defendants have waived an identity hearing and an order of transfer has

04 been signed.

05     (2)    Defendant was born in Virginia. He has resided in a number of locations, but

06 reports that Virginia Beach, Virginia is where his family lives and where he always returns. He

07 has been married to Denise Kirkland, his co-defendant, since 2004. The AUSA proffers that the

08 defendant made his whereabouts unknown in 2002 when he was served with a subpoena pursuant

09 to the investigation which led to the instant charges.

10     (3)    The defendant did not submit evidence in opposition to the government's motion

11 for detention, wishing to do so when he appears in the Eastern District of Virginia and has the

12 opportunity to consult with counsel in that District.

13     (4)    The defendant poses a risk of nonappearance due to some unverified background

14 information, uncertain residential history and current address, and allegations that the defendant

15 fled to Canada upon learning of the instant charges. He poses a risk of danger due to allegations

16 that he may have been conducting similar conduct as that alleged in the indictment, as well as

17 criminal history.

18     (5)    There does not appear to be any condition or combination of conditions that will

19 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

20 to other persons or the community.

21 It is therefore ORDERED:

22     (1)    Defendant shall be detained pending trial and committed to the custody of the

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

|    |     |     |
|----|-----|-----|
| 01 |     | Attorney General for confinement in a correction facility separate, to the extent |
| 02 |     | practicable, from persons awaiting or serving sentences or being held in custody |
| 03 |     | pending appeal; |
| 04 | (2) | Defendant shall be afforded reasonable opportunity for private consultation with counsel; |
| 06 | (3) | On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and |
| 10 | (4) | The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer. |

DATED this 11th day of October, 2006.

_/s/ Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge